IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **MORGAN HARRIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-cv-00329 |
| | § | |
| **WRIGHT NATIONAL FLOOD** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

**RE:** *Harris v. Wright National Flood Insurance Company*, 3:18-cv-00329, Agreed Plaintiffs and Defendant's Request to Refer Case to Mediation with United States Magistrate Judge Andrew Edison

Dear Judge Hanks:

The parties to the above-referenced civil case are interested in participating in a settlement conference. Accordingly, the parties request that the Court refer this case to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

        **Law Office of Shane McClelland**

        By: */s/ Shane McClelland*
        Shane McClelland
        State Bar No. 24046383
        Southern District Bar No. 642324
        *Attorney-in-Charge for Plaintiffs*
        440 Cobia Drive, Ste. 101
        Katy, Texas 77494
        Phone: (713) 987-7107
        Fax: (832) 827-4207
        Email: Shane@hmtrial.com

        */s/ Alexander S. de Witt*
        Alexander S. de Witt
        Virginia State Bar No. 42708
        Federal I.D. No. 3087027

FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, VA 23219
Telephone:      (804) 644-1300
Facsimile:      (804) 644-1354
E-mail: adewitt@freeborn.com

Bradley K. Jones
Texas State Bar No. 24060041
Federal ID No. 931122
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:      (713) 751-1600
Facsimile:      (713) 751-1717
E-mail:  bkjones@bakerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MORGAN HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-cv-00329 |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff and Defendant have requested that this matter be referred for a settlement conference with United States Magistrate Judge Andrew M. Edison. Accordingly, this case is referred to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

_____
United States District Court Judge